FIRST QUALITY BABY PRODUCTS, LLC, Appellant

v.

KIMBERLY–CLARK WORLDWIDE, INC., Appellee.

No. 2015–1208.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2015.

Kenneth George, Amster Rothstein & Ebenstein LLP, New York, NY, argued for appellant. Also represented by Mark Berkowitz, Brian A. Comack.

Richard Louis Bridge, Armstrong Teasdale LLP, St. Louis, MO, argued for appellee. Also represented by Patrick E. Brennan.

O'MALLEY, REYNA, and CHEN, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**